UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL DENTON AND PAMELA DENTON | * | CIVIL ACTION NO. 12-0328 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| FOSTER FARMS DELAWARE, INC. AND GARY SURLES | * | MAG. JUDGE KAREN L. HAYES |

### SUPERCEDING REPORT AND RECOMMENDATION[1]

Before the undersigned Magistrate Judge, on reference from the District Court, is a motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6) [doc. # 5] filed by defendants Foster Farms Delaware, Inc. ("FFDI") and Gary Surles. Although plaintiffs did not oppose the motion, they recently filed an amended complaint that substitutes a new defendant in lieu of the movants. Accordingly, the motion to dismiss is moot.[2]

For the foregoing reasons,

**IT IS RECOMMENDED** that the motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 5] filed by defendants Foster Farms Delaware, Inc. and Gary Surles be **DENIED**, as moot.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties

---

[1] The instant report and recommendation supercedes and replaces the report and recommendation issued on March 19, 2012.

[2] If the parties resolve a dispute, or if the dispute disappears because of changed circumstances, then the matter becomes moot. *See Louisiana Environmental Action Network v. U.S. E.P.A.*, 382 F.3d 575, 580-81 (5th Cir. 2004); *Piggly Wiggly Clarksville, Inc. v. Mrs. Baird's Bakeries*, 177 F.3d 380, 383 (5th Cir. 1999).

have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers, at Monroe, Louisiana, this 1st day of August 2012.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE