

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL DENTON AND PAMELA DENTON | * | CIVIL ACTION NO. 12-0328 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| FOSTER FARMS DELAWARE, INC. AND GARY SURLES | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Foster Poultry Farms, Inc.'s Motion to Dismiss Plaintiffs' Emotional Distress and Fear of Disease Claims [Doc. No. 27] is hereby **GRANTED**, and Plaintiffs' claims for emotional distress and for fear of contracting a disease are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 15 day of October 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE